UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES,

      Plaintiff,

v.

(1) TYRONE SHADALE OAKS,

      Defendant.

**ORDER**
Crim. File No. 07-315 (MJD/SRN)

---

Erika R. Mozangue, Assistant United States Attorney, Counsel for Plaintiff.

Manvir K. Atwal, Office of the Federal Defender, Counsel for Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 24, 2007. Defendant Tyrone Shadale Oaks filed an objection to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court adopts the Report and Recommendation dated October 24, 2007.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    The Magistrate Judge's Report and Recommendation dated October

      24, 2007, [Docket No. 23] is hereby **ADOPTED**.

2.      Defendant's Pretrial Motion to Suppress Statements, Admissions, and Answers [Docket No. 18] is **DENIED**.

Dated: November 20, 2007            s / Michael J. Davis
                                                  Judge Michael J. Davis
                                                  United States District Court