UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

UNITED STATES,

       Plaintiff,

v.                         **ORDER**
                          Crim. File No. 07-315 (MJD/SRN)

(1) TYRONE SHADALE OAKS,

       Defendant.

_____

Defendant Tyrone Shadale Oaks has filed a pro se request for a copy of his trial and hearing transcripts. Oaks is represented by counsel. Therefore, the Court will not entertain Oaks' pro se request for transcripts.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Defendant's request for transcripts [Docket No. 79] is **DENIED**.

Dated: May 9, 2009                                       s / Michael J. Davis
                                                           Judge Michael J. Davis
                                                           United States District Court