Prob 12 (Rev. 11/1/2004)

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Tyrone Shadale Oaks**

**Docket No. 0864 0:07CR00315-001(MJD)**

**AMENDED Petition on Supervised Release**

COMES NOW **Bradley A. Rupprecht**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tyrone Shadale Oaks** who was sentenced for Felon in Possession of a Firearm on June 24, 2008, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program
- Submit to searches
- Employment required
- Education programming

On September 29, 2016, the defendant was resentenced to 120 months custody followed by 3 years of supervised release. Special conditions of supervised release included all previously imposed conditions, along with the following:

- Residential reentry center for at least 90 days

On May 23, 2017, supervised release was revoked, and the defendant was sentenced to 3 months imprisonment followed by a period of supervised release of 28 months. Special conditions of supervision included all previously imposed conditions.

On April 11, 2018, supervised release was revoked and the defendant was sentenced to 1 year and 1 day imprisonment followed by a period of supervised release of 18 months. Special conditions of supervision included all previously imposed conditions.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> **MANDATORY CONDITION**:  You must not commit another federal, state, or local crime.

> **STANDARD CONDITION**:  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon.

**On July 1, 2019, the defendant was arrested in St. Paul, Minnesota, and** on July 2, 2019, the defendant was charged in United States District Court for the District of Minnesota with Felon in Possession of Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  (Docket No.: 0:19-MJ-00421-BRT).

Petition on Supervised Release                                    RE: **Tyrone Shadale Oaks**
Page 2                                              Docket No. 0864 0:07CR00315-001(MJD)

---

**On October 1, 2019, a two-count Information was filed in the District of Minnesota charging the defendant with Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a) and (d), and Felon in Possession of Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  On October 2, 2019, the defendant pled guilty to the two-count Information as charged.  The defendant is pending sentencing.  (Docket No.: 0:19-CR-00191-MJD).**

PRAYING THAT THE COURT WILL ORDER that **the petition dated July 3, 2019, be amended by way of the additional information above.  A warrant was previously issued on July 3, 2019.**  The defendant be brought before the Court to show cause why supervision should not be revoked.

[The rationale for a warrant is contained in Section 5 of the violation report.]

ORDER OF THE COURT

Considered and ordered this __15th__ day of __September 2022__, and ordered filed and made a part of the records in the above case.

 s/Michael J. Davis
Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Bradley A. Rupprecht
Bradley A. Rupprecht
U.S. Probation Officer
Telephone: 612-664-5377

Executed on __September 14, 2022__
Place __Minneapolis__

Approved:

s/ *Maribel Andrade-Vera*
Maribel Andrade-Vera
Supervising U.S. Probation Officer